IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EGBERT REBEIRO, Dr. PLAINTIFF

VS. CASE NO. 3:26-CV-00068 BSM

MISSISSIPPI COUNTY HOSPITAL
SYSTEM, INC., et al. DEFENDANTS

STIPULATION OF DISMISSAL

COMES NOW THE PARTIES by and through counsel, who for this Stipulation of Dismissal, state that this matter has been resolved and is hereby dismissed with prejudice under Rule 41(a)(1)(A)(ii), parties to bear their own costs and fees.

*/s/ Lucien Gillham*
Ark. Bar #99199

SUTTER & GILLHAM, PLLC
Attorneys for the Plaintiff
310 Natural Resources, Ste. 2
Little Rock, AR 72205
501-315-1910
lucien.gillham@gmail.com

Jennifer L. Smith (2007218)

WRIGHT, LINDDSEY, & JENNINGS
200 W. Capitol Ave., Ste. 2300
Little Rock AR 72201
501-371-0808
jsmith@wlj.com