**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**EGBERT REBEIRO** **PLAINTIFF**

**v.** **CASE NO. 3:26-CV-00068-BSM**

**MISSISSIPPI COUNTY HOSPITAL
SYSTEM, INC., *et al.*** **DEFENDANTS**

**ORDER**

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 6], this case is dismissed with prejudice. The parties shall bear their own costs and fees.

IT IS SO ORDERED this 28th day of April, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE