**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**EGBERT REBEIRO**                                                                      **PLAINTIFF**

**v.**                                     **CASE NO. 3:26-CV-00068-BSM**

**MISSISSIPPI COUNTY HOSPITAL**
**SYSTEM, INC.,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE